AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 0:20-cv-61596-RS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>DSD APPLICATIONS LLC A REGISTERED AGENT, INC.</u>
was received by me on *(date)* <u>Aug 11, 2020.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy
to the individual's last known address; or

[X] I served the summons on *(name of individual)* <u>Charlotte Banice</u> , who is designated by law to accept service of
process on behalf of *(name of organization)* <u>DSD APPLICATIONS LLC A REGISTERED AGENT, INC.</u> on
*(date)* <u>Wed, Aug 12 2020</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 08/13/2020

*Joanna Webb*
_____
Server's signature

Joanna Webb, Process Server
_____
Printed name and title

107 S. West St. Ste. 417, Alexandria, VA 22314
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 12, 2020, 2:27 pm EDT at 8 THE GREEN SUITE A , DOVER , DE 19901 received by Charlotte
Banice . Age: 33; Ethnicity: African American; Gender: Female; Weight: 185; Height: 5'8"; Hair: Black; Eyes: Brown;
Relationship: Intake Manager ;