AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| CENTRE DE RECHERCHE MÉDICO DENTAIRE AM INC. *Plaintiff(s)* | ) ) ) ) ) ) | 0:20-cv-61596-RS |
| v. | ) ) | Civil Action No. |
| DIGITAL SMILE DESIGN BY COACHMAN, DSD PLANNING CENTER, and DSD APPLICATIONS LLC *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  DSD APPLICATIONS LLC
A REGISTERED AGENT, INC.
8 THE GREEN, SUITE A
DOVER, DELAWARE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John C. Carey, Esq.
Carey Rodriguez Milian Gonya, LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  08/06/2020

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 0:20-cv-61596-RS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DSD APPLICATIONS LLC A REGISTERED AGENT, INC. was received by me on *(date)* Aug 11, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Charlotte Banice, who is designated by law to accept service of process on behalf of *(name of organization)* DSD APPLICATIONS LLC A REGISTERED AGENT, INC. on *(date)* Wed, Aug 12 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 08/13/2020

*Joanna Webb*
Server's signature

Joanna Webb, Process Server
Printed name and title

107 S. West St. Ste. 417, Alexandria, VA 22314
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 12, 2020, 2:27 pm EDT at 8 THE GREEN SUITE A, DOVER, DE 19901 received by Charlotte Banice. Age: 33; Ethnicity: African American; Gender: Female; Weight: 185; Height: 5'8"; Hair: Black; Eyes: Brown; Relationship: Intake Manager ;