**UNTED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CENTRE DE RECHERCHE
MÉDICO DENTAIRE AM INC.

        *Plaintiff,*

  v.

Case No. 0:20-cv-61596-RS

DIGITAL SMILE DESIGN
BY COACHMAN, DSD PLANNING
CENTER, and DSD APPLICATIONS LLC

        *Defendants*.

## NOTICE OF STRIKING DOCKET ENTRY 8

Pursuant to the Clerk's Notice (D.E. 9), notice is hereby given of striking Docket Entry 8.

Dated: August 5, 2020

Respectfully submitted,

/s/ *John C. Carey*
John C. Carey (Florida Bar No. 78379)
Carey Rodriquez Milian Gonya, LLP
Miami, Florida 33131
Telephone: (305) 372-7474
Email:  jcarey@careyrodriquez.com

Meredith Martin Addy (*pro hac vice*)
ADDYHART P.C.
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
Telephone: (312) 320-4200
Email:  meredith@addyhart.com

Robert Hart (*pro hac vice*)
ADDYHART P.C.
401 North Michigan Avenue, Suite 1200-1
Chicago, Illinois 60611
Telephone: (312) 834-7701
Email:  robert@addyhart.com